1  Your Name:   James K. Cason

2  Address:   584 14th Street #605

3  Phone Number:   OAKLAND, CA 94612   (347)323-7528

FILED

JUL 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4  Fax Number:

5  E-mail Address:   jameskcason@yahoo.com

6  Pro Se Plaintiff

7

8  United States District Court

9  Northern District of California

10  **C13-3388**

11  James K. Cason

12

13  Plaintiff(s),

14  vs.

15  California Check Cashing

16  Stores

17

18

19  Defendant(s).

Case Number: 

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☑  No ☐

20

21  1.  **Parties in this Complaint**

22  a.  **Plaintiff(s).** *Write your name, address, and phone number. If there are other*

23  *plaintiffs, use more pages to include their names, addresses, and phone numbers.*

24  Name:  James K. Cason

25  Address: 584 14th Street #605

26  Oakland, California 94612

27  Phone number: (347)323-7528

28

COMPLAINT
PAGE ___ OF ___ [VLSP TEMPLATE]

1         b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is*

2 *a corporation, write the state where it is incorporated and the state where it has its main place of*

3 *business. Use more pages if you need to.*

4 **Defendant 1:**

5 Name: California Check Cashing Stores

6 Address: 7001 Post Road, Suite 200

7        Dublin, Ohio, 43016

8 **Defendant 2:**

9 Name:

10 Address:

11

12 **Defendant 3:**

13 Name:

14 Address:

15

16 **Defendant 4:**

17 Name:

18 Address:

19

20      2. **Jurisdiction**

21      *Usually, only two types of cases can be filed in federal court: cases involving "federal*

22 *questions" and cases involving "diversity of citizenship." Check at least one box.*

23     ☐     My case belongs in federal court under federal question jurisdiction because it is

24 about federal law(s) or right(s).

25 *Which law(s) or right(s) are involved?* _____

26 _____

27     ☒     My case belongs in federal court under diversity jurisdiction because none of the plaintiffs

28 live in the same state as any of the defendants AND the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___ [VLSP TEMPLATE]

3. **Venue**

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because  A substantial part of the events I am suing about are located in this district.

4. **Intradistrict Assignment**

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.*

This lawsuit should be assigned to [*Select one:* San Francisco/Oakland, San Jose, OR Eureka] Division of this Court because  I live in Oakland and a substantial part of the events I am suing about happened in Oakland.

5. **Statement of Facts and Claims**

*Write a short and simple description of the facts of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered*

COMPLAINT
PAGE ___ OF ___ [VLSP TEMPLATE]

*paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You*
*may attach documents that support your claims to the end of this Complaint as exhibits. Explain*
*what each exhibit is, when and how you got it, and how it supports your claims. Attaching a*
*document to your Complaint does not necessarily mean that it will be accepted as evidence.*

5a On or about 3:30 p.m. on October 19, 2012, I, James K. Cason, a decorated sity-eight (68) year old U.S. Army veteran, entered the California Check Cashing Store located at 5101 Telegraph avenue, Oakland, California with the express intent of purchasing a prepaid debit card so I could take advantage of the sale of a lifetime, the final 2 days two-thirds off normal price of a new DC Pro Alto saxophone to replace my beloved $5000.00 Selmer Paris Super 80 Series 11 saxophone tht I had inadvertenly left ooan AC Transit bus. The DC Pro saxophone priced at $695.00, reduced from the normal price of nearly $3,000. I had borrowed $750.00 from my sister because the sale, allegedly, was only going to last for 2 days. I conveyed this information to the California Check Cashing Stores (hereinafter referred to as CCCS) clerk and she informed me that I could purchase an Insight Cards Debit card and they would waivethe initial $4.95 fee. I agreed, showed the clerk my valid U.S. Passport as idenitication and handed her$750.00, enough to make the purchase on Ebay wher the horn was being being sold by the manufacturer at the non-auction price. The CCCS clerk accepted the money, gave me receipt, handed me the InsightCards Debit Card, and told me that the card was already activated but I needed to call a number on the back of the card so I could get a PIN that would enable me to make my purchase onEbay.

5b I followed the CCCS clerk's instructions but I soon discovered that the Card had not been activated. After holding on the line for about a half hour I was told by the customer service agent that I needed to call yet another 800 number to secure a PIN. Unfortunately, I hd run out of minutes on my pay as you go phone. I then went online to the InsidghtCards web site and secured what I thought was a PIN and went odine to Ebay to to purchase the DC Pro Alto Saxophone at the sale price. I was unable to the horn on Friday October 19, 2012 and again on Satureday, October 20, 2012.

5c. On Saturday, October 20, 2012, I returned to the CCCS 5101 Telegraph Avenue location, approached the same clerk I purchased the InsightCards Debit card from on the previous day. The clerk remebered me and I told her that card was not accepted by Ebay for the saxophone purchase and I asked her to repuburn my money because the InsightCards Debit Card was unsuitable for my saxophone purchase. The CCCS clerk was surprised but said she would return my $750.00 cash. She then instructed me to enter my PIN. The PIN, of course, didn't work so the clerk allegedly, called her InsightCards manager and was told that Insight hd denied me a PIN "because of irregularities in my Idenification". The CCCS clerk then demaned that I show her other valid ID. I then produced other identification which she categorically and summarily refused to accept. After about 45 minutes of the claerk and her associates screaming at me and vilifying me in front of ten or twelve customers in the store, I urinated on myself and left the CCCS store totally hu miliated.

COMPLAINT
PAGE ___ OF ___ [VLSP TEMPLATE]

1   ## 6. **Demand for Relief**

2   *State what you want the Court to do for you. For example, depending on which claims*

3   *you raise, it may be appropriate to ask the Court to award you money or order the defendant to*

4   *do something or stop doing something. If you are asking for money, you can say how much you*

5   *are asking for and why you should get that amount.*

6   I pray for three-thousand nine  .-hundred and sixty dollars ($

7   3,960.00) in actual damages: seven-hundred and fifty dollars

8   ($750.00) in the InsightCards Debit Card which the CCCS clerk

9   forced me to use as a credit card and not a debit card pending

10  my producing my Social Security card as additional identification

11  plu s the post-sale price of the DC Pro Alto Saxophone, two-

12  thousand, nine-hundred eighty-nine dollars ($2, 989.00) that I

13  would have had to pay for the horn. Additionally, I pray for

14  ten million (10,000,000.00) in punitive damages for intentional

15  infliction of emotional distress, negligent infliction of

16  emotional distress, breach of contract, and coercion.
    ### 7. Demand for Jury Trial

17  *Check this box if you want your case to be decided by a jury, instead of a judge.*

18  [xx]   Plaintiff demands a jury trial on all issues.

19

20  *All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach*

21  *another page if you need to.*

22

23  Respectfully submitted,

24

25

26  Date: July 18, 2013   Sign Name:

27  Print Name:   JAMES K. CASON

28

COMPLAINT
PAGE ___ OF ___ [VLSP TEMPLATE]

EXHIBIT A

Plaintiff's Letter of Intent to Sue w/Exhibits

EXHIBIT **A**

October 25, 2012

MANAGER,
California Check Cashing Stores
5101 Telegraph Avenue
Oakland, California

## **NOTICE OF INTENT**

On or about 3:30 PM, Friday, October 19th , 2012, I, James K. Cason, a decorated 68 year old African American United States Army veteran and former employee of both the United States Department of Veterans Affairs (see Exhibit A) and the United States Social Security Administration. (Exhibit B ) who was diagnosed with an MRI by my doctors a Kaiser Medical Center in Oakland, (Exhibit C) with a condition called Spinal Stenosis which results in numbness from the waist down and the occasional unexpected spontaneous release of urine if I stand longer than 2 or 3 minutes,. I entered the installation of California Check Cashing Stores located at 5101 Telegraph Avenue, Oakland, with the express intent of purchasing a prepaid debit card so I could take advantage of the final days of a sale of a lifetime to buy a one of a kind Alto Saxophone (at less than half price) to replace my vintage Selmer Paris alto that I had inadvertently left on an AC transit bus on August 8, 2012 (immediately reported to the Sheriff's office but, has since not found and returned).

I advised the clerk of window OK3 of my intentions and (an African American woman who appeared to be in between 25 and 30 years of age) asked me for identification and I handed her my valid US Passport. I then gave her seven-hundred and fifty ($750.00) cash which I had borrowed from my sister, Marilynn J. Cason-Kriebel, Esq. who lives in Evanston, Illinois and just outside Santa Fe, New Mexico (see exhibit D). The clerk accepted my ID and cash, handed me my new Insight Visa Prepaid Card, and told me that it had been activated and that all I had to do was to do was to call the phone number on the back of the card to establish a PIN so I could immediately start making purchases.

I left the California Check Cashing Service at approximately 3:30pm, caught a bus downtown to the African American Library and Museum which is a block from my residence, in order to use one of their computers to make my saxophone purchase on EBay. Following the instructions of the California Check Cashing clerk, I called the number of Insight to establish a PIN number. When I reached the Insight Card customer service number I was told that, contrary to what the clerk at California Cashing, the

Insight clerk told me that my new card was not already activated and that I needed to activate thru her and call yet another number to establish a PIN number. I explained to the Insight agent that I was low on minutes on my pay as you go phone and I would appreciate an expedited referral before my phone minutes expired. Moments later, my phone went dead. After cussing for a few minutes, I went into the Library and logged on to the Insight Card website, followed instructions, and obtained a password to the Insight Cards website and , logged on to EBay and attempted to purchased the aforementioned horn. For the next hour and a half I made repeated attempts to purchase the saxophone on EBay but was denied on each attempt with a message that I was unable to make the purchase with Insight Card debit card (see Exhibit E) I finally gave up when the library closed and I went at 5:30 P.M.

The next morning, Saturday, October, 20, 2012, after completing my daily morning workout, I took my laptop computer to the Oakland Main Library on 14th and Oak Street in order to utilize their free WiFi in a continued effort to purchase the saxophone on the final day of the sale. I arrived there at approximately 11 AM, logged onto the Insight Card website to check my balance, and for the next forty-five minutes, attempted to purchase the saxophone but they continually denied the Insight Card debit card. At 11:45, because I had no minutes on my cell phone and no money to refill the phone, I emailed my longtime friend, attorney, and former co-worker at The Legal Aid Society of Alameda County, Stefan Rosenzweig, Esq. who resides at 659 66th Street, Oakland, California, an address where I sometimes receive important mail (see Exhibits G and H) to explain my dilemma and request his assistance in the matter. After getting his positive reply, I went back to the EBay website and tried for the next two hours to make the saxophone purchase using the Insight Card debit card but continued to be denied. (Exhibit E) Frustrated, I departed the library and boarded an AC Transit bus to the California Check Cashing Store location on fifty-first and Telegraph Avenue where I had purchased it the day before.

I entered the store at approximately 2:45 PM and proceeded to the window of the clerk I had purchased the Insight Card from on the previous day, asked her if she remembered to which she replied that she did, and explained my situation to her, including the fact that the Insight Card debit card was not activated as she told would be on the previous day and that I had to spend nearly a half an hour on hold with an Insight Card agent in a failed attempt to secure a PIN number causing my prepaid cell phone to run out of minutes.

The clerk appeared to be shocked at my disclosure and stated that nothing like my situation had happened to her in the past. I told her the same thing. She then asked me what I wanted to do about the situation and I told her that I wanted my money back so I could take it to my friend Mr. Rosenzweig so he could use it to complete the purchase of the saxophone using his EBay account in the waning hours of the sale. The clerk then told me to enter my PIN number on one of number readers near her window. I tried to do so, mistakenly thinking that my Insight Card online password was the number she was talking about so, of course, it was rejected and my account was locked. The clerk then attempted to call a representative of Insight Cards so she could reset my PIN number. The Insight official then, allegedly, told the clerk that my PIN application on the phone Friday, October 19th had been rejected because of some discrepancies in my background

check. The Insight Card official, allegedly, then told the California Checking Cashing Store clerk that I needed to submit additional identification to be issued a PIN so I could get my cash returned.

I was, of course, outraged, but proffered several identification documents, most of them containing my picture, including my Veteran's Identity card, my California Food Stamp ID card, my New York State Social Services Benefit Identification card, and my Medicare Identification card. (Exhibit I)The California Check Cashing Store perused my identity cards and, allegedly, tried to convince the Insight Cards official she had on the phone, that my identity was significantly confirmed. The Insight Cards official then, allegedly, insisted that the clerk secure additional proof, such as my Social Security card, in order for me to be issued a PIN number so I could get money back. I explained to the clerk that I never carried my actual Social Security card but that, as a former employee of the United States Social Security Department and the United States Department of Veterans Affairs who had been subjected to intensive background investigation by not only the FBI, but also the Department of Homeland Security in order to be appointed to a position in those government agencies and that my Medicare card was more than sufficient to verify my identity. The California Check Cashing Store clerk refused to convey this information to the Insight Cards stating that the Insight Card official she, allegedly, had on the telephone had already refused to recognize the identification I had submitted as proof positive of my identity so she didn't want to try again to convince this person because she feared for the loss of her job. Things then got contentious and heated.

I demanded that the clerk return my seven-hundred and fifty ($750.00) dollars to me. She refused and demanded that she call the police so we could straighten the matter out. She refused and, surrounded her co-workers, none of whom identified them selves as her Supervisor or Manager, demanded that I exit the store. I stared to respond but then looked down at my legs and realized that the nearly hour stand and discussion at her window had resulted in numbness below my waist caused by the Spinal Stenosis and that I had urinated on myself. I was angry, embarrassed and humiliated so I quickly h the Store.

I then caught an AC Transit bus to my friend Stefan's house in North Oakland so I could seek his counsel and explain why it had taken to reach his place as it was by now nearly four PM and we had agreed to meet a three PM. I also wanted to explain to him that I no longer had any money to give to him so he could purchase the saxophone for me. He reassured me that I could get my money back Insight Cards but it might take sometime and the saxophone sale was already over.

I left Mr. Rosenzweig's house about a half an hour later, walked up to Telegraph and Alcatraz avenue and boarded a AC Transit bus back downtown,and walked the three blocks to my residence having been luck enough to ride free because I had no money on my Senior Clipper Card. When I reached home, I called the number on the back of the Insight Cards debit card, followed the prompts and was issued a PIN number WITHOUT SUBMITTING ANY PROOF OF INDENTITY OTHER THAN MY VALID U.S. PASSPORT. It was the same Passport that I had submitted to the California Check Cashing Store clerk on Friday, October 19th to purchase my new Insight Cards debit

card. It was he same Passport that was deemed insufficient to verify my identity and to enable me to be issued a PIN so I could purchase the saxophone on EBay.

## SUMMATION

What is so galling and disappointing about this current situation is that, prior to Friday, October 19, 2012, since relocating to Oakland from New York City on Valentine's Day, February 14, 2010, I had had such a fine relationship with California Check Cashing Stores, principally, the store located at 3276 Adeline Street, Berkeley, California where I cashed payroll checks, unemployment checks, and Western Union Money Transfers on a regular basis. Perhaps if time was not of the essence and I had gone there, this situation never would have occurred. Additionally, I have a gut feeling that California Check Cashing Stores and Insight Cards Visa maybe involved in a pattern and practice of targeting low income, minority, and seniors with the intent of locking us into unwanted and unneeded consumer contracts. I plan to investigate the possibly of filing a class action suit on this issue.

## RELIEF REQUESTED

Pursuant to 15 USC Chapter 41, Consumer Credit Protection, I hereby demand actual damages in the amount of $3,960.00. ($750.00 in my Insight Cards account and the post sale price $(695.80) of the saxophone that was offered at a sale price on EBay through Saturday, October 20, 2012).

I also demand punitive damages in the amount of $10.000, 000 for intentional infliction of emotional damage; pain and suffering, negligent infliction of emotional damage; negligence; breach of contract; fraudulent conveyance.

Sincerely,

James K Cason

JAMES K. CASON, 584 14th Street, Oakland, California 94612, (347) 323-7528
10/25/2012

cc: Editor, Consumer Protection Bureau, Oakland Tribune, 1970 Broadway, Ste 100, Oakland, Ca. 94612

cc: Kamala D. Harris, California Attorney General, P.O. BOX 78393, San Francisco, CA 94107-8393

cc: Eric Holder, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001



# Special Contribution Award

*Presented to*

## *James Cason*

*for a unique contribution to the
mission of the Department.*

*Given at Oakland, CA
This 28th day of June 2007*

CAROL FILLMAN
Acting Director



# SOCIAL SECURITY

**MEMORANDUM**

To:        Separating SSA Employees

From:      Designated Agency Ethics Official

Subject:   Post Employment Restrictions

As you are an SSA employee leaving federal employment, you may be especially interested in our topic for this ethics message: post-employment restrictions. While you may work for any employer once you leave your job at SSA, certain ethics rules still apply to you even after you leave federal employment. I want to focus on two basic restrictions.

The first is a permanent ban on "switching sides." You are subject to a lifetime ban for communicating to, or appearing before, the Federal Government on behalf of your new employer or anyone else on specific matters in which you participated "personally and substantially" during your entire Government service. For example, if you are a claims representative, after you leave the Federal Government, you may not represent a claimant on a particular case that you worked on as an SSA employee. But you may represent that same claimant before SSA on an entirely new case.

The second restriction is based on official responsibility. For two-years after termination of your federal employment, you may not make representational communications to or appearances before the Federal Government regarding specific matters that were pending under your official responsibility during your last year of Government service. This prohibition applies to any matter that you knew or reasonably should have known was pending under your official responsibility.

You may want to note that both of these restrictions prohibit a former federal employee only from representing a party on a matter before the Federal Government; they do not prohibit the former employee from working "behind the scenes." For example, after you leave federal employment, even if you are prohibited from representing your new employer before SSA on a particular matter, you may discuss with your new employer who at SSA should be contacted and how best to present your new employer's position.

I should also mention that certain post-employment restrictions apply only to certain high-ranking officials or to contracting officials. Because all of the post-employment rules are very complicated, I strongly urge that, prior to leaving SSA, you contact your Deputy Ethics Counselor or other ethics official to discuss the specific rules as they apply to you.

HRC-77

**KAISER PERMANENTE.**
FB3B INTERNAL MEDICINE 3801 Howe Street Oakland CA 94611-5312 Dept: 510-752-1190 Main: 752-1000X0000

# Kaiser Permanente Visit Verification Form

Patient Name: James K Cason

Date Of Visit/Advice: 5/7/11
Date of Illness:

James K Cason was seen in this office

James K Cason has been ill and unable to attend work from 4/15/2011 through 5/31/2011

Generated by DENNIS KWANG-MEN ING MD on 5/7/11
Authorized by HERBERT TOY MD

## http://kaiserpermanente.org

Personal Physician : DENNIS K ING,M.D.    OAK
CASON,JAMES                67/M Radiology Report         Exam   1 of  1
                                                                Page 1

MR OF THE LUMBAR SPINE W/O CONTRAST  (Digital)
Ordered By: DENNIS K ING,M.D. on 04/12/2011 19:04 at OAK OUTPATIENT
Performed In: OAK - Read By: GINA K SONG,M.D.

**  ** HISTORY **:
Two years of pseudoclaudication symptoms.

** FINDINGS **:
Technique: Sagittal and axial T1 and T2 weighted images obtained
through the lumbar spine.

Grade 1 anterolisthesis of L4 on L5 measuring approximately 6 mm
is present. Vertebral body heights are preserved. A Schmorl's node
at the inferior endplate of L5 is present with mild edematous
reactive endplate changes. A small focus of T1 hyperintensity in
the left S2 vertebral body may reflect a fat island versus
hemangioma. Diffuse disc desiccation is present with mild loss of
disc height with vacuum phenomenon at L4-L5 and L5-S1.

The conus medullaris terminates normally at the level of L1. The
visualized distal spinal cord is normal in caliber and signal
intensity.

Axial interrogation demonstrates the following:

L1-L2: Mild ligamentum flavum changes and facet arthropathy are
present. No central canal stenosis or neural foraminal narrowing.

L2-L3: Mild facet arthropathy and ligamentum flavum changes are
present. No central canal stenosis or neural foraminal narrowing.

L3-L4: Mild annular disc bulge, ligamentum flavum changes, and
facet arthropathy are present. The ventral cerebrospinal fluid is
mildly effaced without significant central canal stenosis or
neural foraminal narrowing.

L4-L5: Grade 1 anterolisthesis, disc uncovering with disc bulge
and superimposed right superior paracentral and midline posterior
central disc protrusions, as well as marked ligamentum flavum
changes and facet arthropathy with left posterior facet cyst
formation are present. Severe central canal stenosis and neural
foraminal narrowing which is severe on the right and moderate to
severe on the left are noted. The right paracentral disc
protrusion contacts the exiting right L4 nerve root, and the disc
bulge contacts the bilateral exiting L4 and traversing L5 nerve
roots.

L5-S1: Moderate left paracentral disc bulge, ligamentum flavum
changes, and facet arthropathy are present. Moderate central canal
stenosis and mild to moderate bilateral neural foraminal narrowing
are present. The disc bulge contacts the traversing left S1 nerve
root and bilateral exiting L5 nerve roots.

Limited visualization of the retroperitoneum is unremarkable.

** IMPRESSION **:
Degenerative changes most marked in the lower lumbar spine with
L4-L5 anterolisthesis, disc herniations, and posterior element
hypertrophic changes resulting in central canal stenosis and
neural foraminal narrowing which are severe at L4-L5 and moderate
at L5-S1 as described above.

                           GINA K SONG MD

DD:  04/13/2011  DT:  04/13/2011   GKS

OAKDXI  04/15/11   12:03
         Personal Letter by DENNIS K ING,M.D.
         Findings are consistent with your back symptoms. Do call
         510-752-1130 or use the online system  to arrange an appointment
         to see me. .
*****************************  End of Report  *********************************

Kaiser Permanente Oakland
Medical Secretaries
280 West MacArthur Blvd
Oakland, Ca  94611

Kaiser Permanente - Confidential Patient Information



# Specific Chiropractic Care Program

## All Inclusive Benefits

- The most affordable way to receive Specific Chiropractic Care
- All necessary office visits (thermal scans, analysis and adjustments if necessary)
- All necessary progress evaluations
- Any necessary additional chiropractic exams or x-rays

| Case Fee calculated at Regular Office Fee Schedule | |
|---|---|
| •24 office visits @ $85  per visit = | $ 2040.00 |
| • 2 progress evaluations @ $100 per visit = | 200.00 |
| • 0 established patient exam @ $125 = | 0.00 |
| • 0 additional x-ray views @ $50 per view = | 0.00 |
| **Total Value** | **$2,240.00** |

*- 300.00* (handwritten)

*= 1,940.00* (handwritten)

## Payment Options

**A. One-time payment of either cash, check or credit card in the amount of $1,792.00    This represents a total savings of over 20%**

*1,552.00* (handwritten)

*$320.00* (handwritten)

**B.     6 monthly payments of $~~373.33~~ . This option is only available with a signed Automatic Debit Authorization Form and a valid credit or debit card.**

**C. Financing through *Enhance Patient Financing*. 6 months deferred interest with monthly payments as low as $150.00 For more information please go to: www.thespecific.com/finance**

- We accept cash, check, Visa or Mastercard
- Our preferred method of payment is through Paypal, our online processor
- If your care program is discontinued for any reason, your balance will be returned to you based upon the number of office visits utilized and NOT on the time frame in which the visits were used.  All unused visits are calculated utilizing our **Regular Office Fee Schedule** outlined above.

**What is not included in this offer:**
- Any guarantee that we cure or prevent any illness, injury or disease.
- Any patient that is placed back on the Corrective Care Program or Stabilization Care Program after their initial two (2) month period (ie:  new injury, auto accident / work injury, assigned or non-assigned claim) will have their current program suspended and a new case opened for the new incident.

I agree to pay the fees set forth in this agreement.
I have selected the
_____A. One-time payment option,
_____B. _____    or
_____C. Enhance Patient Financing.

Should any conditions of this agreement change, both parties agree that a one month, written notice must be given.

| | | | |
|---|---|---|---|
| Dates of care: | April 26, 2011 | thru | 24 visits |

Patient's Name: James Carson

Patient's Signature: _____    Date: _____

**get hope.  get well.  live life.**

# Thermography Report

Oakland Specific Chiropractic
4179 Piedmont Avenue #210
Oakland, CA 94611  (510) 658-8740

**Carson, James**   [ ｦ ]                                    Tuesday, April 26, 2011

| Date/Time | Type | Fossa | Distance | Glidetime | Scanned By |
|-----------|------|-------|----------|-----------|------------|
| 4/20/2011 3:44 PM | Pattern | No Fossa | 57.0 Centimeters | 10 Seconds | |



**Primary Symptoms:**
Sciatic pain
T/N Down Left & Right
Legs

**Diagnosis:**
Neuropathophysiology
Due to Upper Cervical
Subluxation

**Listing:**
ASL/BR

**Comments:**

Page 1

# Thermography

Oakland Specific Chiropractic
4179 Piedmont Avenue #210
Oakland, CA 94611 (510) 658-8740

## What is Thermography?

Thermography is a safe, painless, and reliable test that measures the infrared heat emitted from the body's surface; without the use of radiation. Unlike many other tests, Thermography is unique in that it displays how the nervous system is functioning. Since the health of the nervous system can determine the health of the body, this examination provides critical information which is vital to your care.

The process is based on a precise analysis of the bodies' surface temperature along the spine. Differences in temperature between opposite sides of the spine are compared to established normal values in the same way blood tests are. The significance of these temperature differences indicates the presence of abnormal nervous system function.

In less than 15 seconds the Tytron can be used to find these areas of asymmetry as well as indicate areas that may be warm due to acute soft tissue damage. Colder regions may indicate long term chronic



issues. The Tytron Paraspinal Thermal Scanner utilizes precision sensors, specialty lenses and unique focusing barrels. The Tytron takes multiple temperature readings along the spine starting from your low back to the upper neck region. The scanner rolls up your spine while performing this painless test. It can be completed on patients ranging from infants to the older generation.

## Why do Chiropractors use it?

The focus of chiropractic care is proper nervous system function. Since the nervous system controls and coordinates every function in the body, normal nervous system function becomes the core reason for good health. These nerves run from the brain, down the spinal column, and affect various organs throughout the body including your eyes, ears, lungs, kidneys, skin and even your heart.



Chiropractic focuses on a specific condition that robs the body of normal nerve impulses.



This condition is called spinal subluxation. The subluxation is defined as an abnormal positioning and/or mechanical function of the spine that interferes with the normal functioning of the nervous system.

By using the Tytron and comparing differences in temperature between opposite sides of the spine and comparing them to established normal values, a chiropractor can make important decisions about the health of your nervous system and what care may be needed. The results of these tests are readily available to discuss and view.

---

These sample images show how Thermography is used to detect when your nervous system is malfunctioning and when it has been restored by proper care.



### Abnormal Scan
Thermographic image taken before care showing many areas of abnormal nervous system function.



### Normal Scan
Thermographic image taken after care showing normalization of nervous system function.

# High Quality *TUI NA* in a Community Setting

## How is *Tui Na* different than other forms of massage and bodywork?

Tui Na therapy works directly with the same *energetic meridians* and acu-points as acupuncture, but **no needles are required**! Because these meridians run from our extremities to our head, torso, and organs, we can actually effect the health of the entire body by focusing on these pathways. For instance, a therapist may apply pressure to areas on the wrists and ankles to reduce tension in the neck and shoulders.

Every treatment can be considered a "whole body" treatment, even when one trouble area is the focus of the session. This means that problems with the emotions, digestion, and general energy levels can be treated, as well as chronic areas of pain and tension that we might normally see a massage therapist for.

Tui Na is normally done without the use of oils or lotions, as is common with many forms of massage. This means *no disrobing is necessary*. This added convenience makes it a perfect form of therapy for people with busy schedules, looking to receive some care in the middle of a hectic day. Our skilled practitioners have a wide variety of techniques and a deep knowledge of the anatomy of the body. This means that we can work with all body types, levels of mobility and fitness.





"*Tui Na*" literally means "*push and grasp*." This is perhaps the oldest and most direct form of Chinese Medicine, and has been practiced for thousands of years in China and all over Asia. It can be used to treat many common issues.

- Pain: including lower back pain, sciatica, neck pain, knee pain, and headaches
- Muscle, tendon, and ligament issues
- Range of Motion restriction, including frozen shoulder
- Stress
- Digestive issues
- Sports injuries
- Arthritis

… *and many more*…

APPOINTMENTS FOR: CASON, JAMES                        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 PRINTED: 15/2011@15:58

Jun 15, 2011  2:15 PM (60 MINUTES)   OAK PHYS THERAPY MANRING NEW

Jun 27, 2011 12:45 PM (45 MINUTES)   OAK PHYS THERAPY MANRING

Jun 28, 2011 10:00 AM (60 MINUTES)   OAK GI PRE-SCREEN GRP

Jul 11, 2011  3:30 PM (45 MINUTES)   OAK PHYS THERAPY MANRING

Aug 01, 2011 11:00 AM (45 MINUTES)   OAK PHYS THERAPY MANRING

VA-OAKLAND  OUTPATIENT  CLINIC

Exhibit D

| | |
|---|---|
| **Subject:** | WU |
| **From:** | Wkrie@aol.com (Wkrie@aol.com) |
| **To:** | jameskcason@yahoo.com; |
| **Date:** | Friday, October 19, 2012 9:53 AM |

Hi.

I sent your money--$800, to cover taxes too.  The MTCN is 050-936-3687.

M.

Exhibit D

| | |
|---|---|
| **Subject:** | WU |
| **From:** | Wkrie@aol.com (Wkrie@aol.com) |
| **To:** | jameskcason@yahoo.com; |
| **Date:** | Friday, October 19, 2012 9:53 AM |

Hi.

I sent your money--$800, to cover taxes too.  The MTCN is 050-936-3687.

M.

| **Subject:** | Action required: We were not able to process your payment |
|---|---|
| **From:** | eBay (ebay@ebay.com) |
| **To:** | jameskcason@yahoo.com; |
| **Date:** | Saturday, October 20, 2012 12:09 PM |

 **eBay sent this message to James Cason (jcas19497).**
Your registered name is included to show this message originated from eBay. Learn more.

## We were not able to process your payment.

Hi jcas19497,

Sorry, we were not able to process your PayPal payment for US $695.80 for one or more items.

If you would like to purchase and pay for this item / these item(s) with another payment method, please return to your cart to check out and submit payment again.Remember, great deals don't last long on eBay, so some of your items may have already been purchased by other buyers.Complete payment soon to avoid missing out.

Thanks for shopping on eBay!



New DC PRO yanni copy Alto Saxophone Black
+ Gold w/Selmer sax kit List $2,940
ITEM #310383324326
Date ended: October 20, 2012

Price: US $695.80

### ⓘ Marketplace Safety Tip

- Pay with PayPal. It's the easy and fast way to pay online, and it lets you shop without sharing your financial details with sellers. PayPal also offers up to $2,000.00 of free purchase protection on qualified eBay purchases. Terms and conditions apply.
- Keep your money safe - never pay for items with cash or instant money transfer services, such as Western Union or MoneyGram. In the past some sellers have exploited these payment methods in order to defraud buyers, so eBay has banned them from the site.
- Don't forget to pay your seller. A bid is a binding contract and, unless the item has been ended by eBay, you're obliged to pay the seller for that item.

**Email reference id: [#9b40282260d9408385b5b821daf17970#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

Exhibit F

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/national*
*of the United States named herein to pass without delay or hindrance*
*and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer le citoyen*
*ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni*
*difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las*
*autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos*
*aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la*
*ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**



PASSPORT
PASSEPORT
PASAPORTE

**UNITED STATES OF AMERICA**

Type / Type / Tipo · Code / Code / Código · Passport No. / No. du Passeport / No. de Pasaporte
P · USA

Surname / Nom / Apellidos
**CASON**

Given names / Prénoms / Nombres
**JAMES KENNETH**

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
**Apt 1944**

Sex / Sexe / Sexo · Place of birth / Lieu de naissance / Lugar de nacimiento
M · **COLORADO, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición · Authority / Autorité / Autoridad
14 Sep 2005 · **United States**

Date of expiration / Date d' expiration / Fecha de caducidad · **Department of State**
13 Sep 2015

Amendments / Modifications / Enmiendas
See Page 24

P<USACASON<<JAMES<KENNETH<<<<<<<<<<<<<<<<<<<
0579963087USA4404086M1509131<<<<<<<<<<<<<<00



Golden State ADVANTAGE

7769

Phone (510)268-7905
Fax (510)268-7891

**AC Transit**
**Police Services**

**Alameda County Sheriff's Office**
Gregory J. Ahern, Sheriff

2425 East 12th Street
Oakland, Ca 94601

MEDICARE HEALTH INSURANCE

NAME OF BENEFICIARY
**JAMES K CASON**

MEDICARE CLAIM NUMBER
**4352-A**

SEX
**MALE**

IS ENTITLED TO
HOSPITAL (PART A)
MEDICAL (PART B)

EFFECTIVE DATE
04-01-2009
04-01-2009

SIGN HERE

1-800-MEDICARE (1-800-633-4227)

NEW YORK STATE
**BENEFIT**
IDENTIFICATION CARD

DATE PRINTED: 10/26/2009 06:07:13 PM

CASE NUMBER
7D27410A

DOB
M

CARD NUMBER

FIRST NAME / M.I.
CASON
JAMES K

**Department of**
**Veterans Affairs**

100 02

8813 1274 100

02



NEW YORK STATE

**BENEFIT**
IDENTIFICATION CARD

DATE PRINTED: 10/26/2009 06:07:13 PM

CARD NUMBER
100 02

TD27410A

SEX: M
DOB: 04/08/1944

NAME: LAST
CASON

NAME: FIRST/M.I.
JAMES K

ACCESS NUMBER
8813 1274 100 02



Golden State ADVANTAGE

7769



PASSPORT
PASSEPORT
PASAPORTE

USA

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

*James K Cason*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

**UNITED STATES OF AMERICA**
Type / Type / Tipo   Code / Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
P                    USA

Surname / Nom / Apellidos
**CASON**
Given names / Prénoms / Nombres
**JAMES KENNETH**
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
Apr 1944
Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
M                   COLORADO, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición   Authority / Autorité / Autoridad
14 Sep 2005                                                 United States
Date of expiration / Date d'expiration / Fecha de caducidad   Department of State
13 Sep 2015
Amendments / Modifications / Enmiendas
See Page 24

P<USACASON<<JAMES<KENNETH<<<<<<<<<<<<<<<<<<<<<
0579963087USA4404086M1509131<<<<<<<<<<<<<<<00



Alameda County Sheriff's Office

Gregory J. Ahern, Sheriff

Police Services

AC Transit

Phone (510)268-7905
Fax (510)268-7891

2425 East 12th Street
Oakland, CA 94601





**MEDICARE**   **HEALTH INSURANCE**

1-800-MEDICARE (1-800-633-4227)

NAME OF BENEFICIARY
**JAMES K CASON**

MEDICARE CLAIM NUMBER          SEX
4352-A                          **MALE**
                                EFFECTIVE DATE
IS ENTITLED TO
HOSPITAL (PART A)               04-01-2009
MEDICAL (PART B)                04-01-2009

SIGN
HERE ➡   *James K Cason*



NEW YORK STATE
**BENEFIT**
IDENTIFICATION CARD
ID NUMBER        CARD NUMBER
TD27410A                        101 01
SEX / DOB
M        04/08/1944
NAME : LAST    CASON
NAME : FIRST/M.I.   JAMES K







EXHIBIT G

**Re: Revolution on Friday?**

FROM: srose43@yahoo.com.
TO: James Cason

Should be home by 3. Can you come by with cash and we can go online and check it out.

Sent from my Verizon Wireless Phone

----- Reply message -----
From: "James Cason" <jameskcason@yahoo.com>
To: "srose43@yahoo.com" <srose43@yahoo.com>
Subject: Revolution on Friday?
Date: Sat, Oct 20, 2012 11:47 am

Good morning Dude:

Listen, I need a huge favor from you if you can do it. I am trying to buy this great saxophone on line from Ebay but they won't accept my debit card for the purchase for some unspecified reason and the sale ends today. If you have a debit or credit card with some flex room to purchase it for me today I will run like hell over to your place with the cash in my open hand. The purchase price and total is 695.80 including shipping and handling and it might cost about 6% more for tax but I doubt it. In any case I can handle it and will rush to your doorstep with cash in hand. I had asked my sister Chicago to do it but she completely blew then got mad at me for inability comprehend instructions. Whataya gonna do. I emailed my brother too and my other sister but so far have had no word from either. The major thing is that it has to be done today as today is the last day of the sale.

Dude, I'm sorry to have to ask you to do this but this sale is too great to pass on. I have attached all the relavant data for the purchase and you don't have to be a member of Ebay to purchase it. You can but it as a guest. I really hope you are willing able halp help me out on this and I will love you for ever if you can or even if you can't. I'm in the libraqry with my laptop

kc

Skip to main content

eBay Browse bycategory Enter your search keyword [ ]   All Categories   [ Search ] Advanced

- Hi! Sign in or register.
- Daily Deals
  To our inspiring
  community. Thank you.
- 

- My eBay
- Sell
- Community
- Customer Support
- Cart

                    Listed in category:

(back) Back to search results  |   · Musical Instruments & Gear > Woodwind > Saxophone > Alto



Click to view larger image and other views



Sell one like this

# New DC PRO yanni copy Alto Saxophone Black + Gold w/Selmer sax kit List $2,940



## Seller information

| Add to Watch list

domin___usic (3159 ★ ) ═══
100% Positive feedback
Save this seller
See other items
Visit store:
 Domi___ Music

AdChoice ▣ - opens in a new window or tab
Item condition:
New

Quantity:
1    2 available / 1 sold
Please enter a quantity of $qty_dummy$ or less Please enter a quantity of 1 Purchases are limited to $qty_dummy$ per buyer Please enter quantity of 1 or more Please enter a lower number Choose quantity that is less than $qty_dummy1$ or equal to $qty_dummy$ You can only choose quantity that is equal to $qty_dummy$
Was:
Original priceUS $1,988.00 ♪
What does this price mean?
This is the price (excluding shipping and handling fees) this seller has provided at which the seller has sold the same item, or one that is virtually identical to it, in the recent past. The "off" amount and percentage simply signifies the calculated difference between the seller-provided original price for the item and the seller's current discounted price. If you have any questions related to the pricing and/or discount offered in a particular listing, please contact the seller for that listing.
You save:
$1,292.20 (65%)
Sale ends in 1 day
Price:
Discounted priceUS $695.80
Buy It Now

Add to cart

Add to Watch list

■BillMeLater` Spend $899+ & get 18 months financing
          Subject to credit approval. See terms
Shipping:
Calculate Varies based on location and shipping method

Item location:
Salem, Massachusetts, United States

Ships to:
Worldwide
Delivery:
Varies
Payments:
*PayPal* , Bill Me Later | See payment details
Returns:

30 days money back or item exchange, buyer pays return shipping, 15% restocking fee may apply | Read details

Learn moreabout eBay Buyer Protection - opens in a new window or tab

Print | Report item
Description Shipping and payments
310383324326
Item number:
Seller assumes all responsibility for this listing.
Last updated on  Oct 10, 2012 14:00:14 PDT  View all revisions

## Item specifics

New: A brand-new, unused, unopened, undamaged item in its
original packaging (where packaging is applicable). Packaging
should be the same as what is found in a retail store, unless the
Condition: item is handmade or was packaged by the manufacturer in non-    Brand: New DC PRO A-991B Alto Saxophone Black + Gold w/Se
retail packaging, such as an unprinted box or plastic bag. See the
seller's listing for full details. See all condition definitions- opens
in a new window or tab ... Read moreabout the condition
Model:   New DC PRO A-991B Alto Saxophone Black + Gold w/Se

## Dominic's Music

Visit my eBay store

☒

Search Store  [        ]  [Search Store]

🔴
Items On Sale

## Store Categories

Store home

  - SAXOPHONE
  - Alto Saxophones
  - Tenor Saxophones
  - Flutes
  - FLUTE
  - TRUMPET
  - OBOES
  - VIOLINS
  - SELMER
  - GLENN EDWARD ALTO
  - Other

## Questions and answers about this item

No questions or answers have been posted about this item.
Ask a question

00474

Seller assumes all responsibility for this listing.

## Shipping and handling

Shipping cannot be calculated for your area. You can contact the seller for additional shipping costs and services.
Shipping cost cannot be calculated. Please enter a valid ZIP Code.
Item location: Salem, Massachusetts, United States
Shipping to: Worldwide

Quantity: 1                                                  ZIP Code:
Change country: United States          ☒
There are 2 items available. Please enter a number less than or equal to 2.    Please enter a valid ZIP Code.
Select a valid country.                                     Please enter 5 or 9 numbers for the ZIP Code.

Get Rates

|                | Handling time | | Estimated sales tax |
|---|---|---|---|

Will usually ship within 1 business day of receiving cleared payment[newWindowTxt]. Seller charges sales tax for items shipped to: MA (6.25%).

## Return policy

Item must be returned in the same condition that it was received. Other conditions apply - opens in a new window or tab.

| After receiving the item, open a return within | Refund will be given as | Return shipping | Restocking Fee |
|---|---|---|---|
| 30 days | Money back or item exchange (buyer's choice) | Buyer pays return shipping | 15% restocking fee may apply |

## Payment details

| Payment method | Preferred / Accepted |
|---|---|
|  | Accepted |
|  | Accepted |

**Immediate payment required for this item**

Immediate payment of US $1,988.00 is required.

**Seller's payment instructions**

Please pay within 2 days

## Place bid

Time left:
Current bid:
(Approximately ##1##)
Shipping:
Import charges:
Your max bid:
Your max bid:

By clicking **Confirm bid**, you commit to buy this item from the seller if you are the winning bidder.
By clicking **Confirm bid**, you are committing to buy this item from the seller if you are the winning bidder and have read and agree to the Global Shipping Program terms and conditions. Import charges previously quoted are subject to change if you increase you maximum bid amount.

Place bid Cancel
Loading...
Resume bidding, if the page does not update immediately.
Place bid
Review and confirm your bid
Bid confirmation
d
h
m
s
day
hour
hours
**FREE shipping**
See item description
Calculate
(Approximately ##1##)
(Enter ##1## or more)
(Enter more than ##1##)
Your max bid:
Increase max bid
Place bid
Confirm bid
Increase max bid
Cancel
Change bid
Close
You've been outbid. Don't let it get away - bid again!
, you're the highest bidder on this item. Hope you win it!
You're the first bidder. Hope you win!
You're currently the high bidder, but you're close to getting outbid.
This auction is almost over and you're currently the high bidder.

You're the high bidder, but the reserve price hasn't been met.
Please enter your bid again.
Please enter a valid number as the bid price.
Enter an amount that is equal or greater than the minimum bid required. This can be found under the bid entry box.
Maximum bids can't be lowered once they're submitted.
This seller requires the buyer to have a PayPal account to purchase this item. Get a PayPal account here .
Your bid is greater than or equal to the Buy It Now price. We recommend you purchase this item via Buy It Now. If you still wish to bid, you may do so below.
Time left:
Refresh
Current bid:
(approximately ##1##)
Your maximum bid:
(approximately ##1##)
Increase your maximum bid:

1 Click Bid
By clicking 1 Click Bid, you commit to buy this item from the seller if you're the winning bidder. Learn moreabout 1-click bid - opens in a new window or tab
day
hour
min
sec
days
hours
mins
secs
(approximately ##1##)
Winning bid:
Starting bid:
Close
Congrats! The auction has ended and you're the winner.
The auction has ended, but the reserve price was not met.
Sorry, the auction has ended and you were outbid.
Good news, you're the high bidder.
Sorry, you've been outbid.
You're the high bidder, but the reserve price is not met.
Please enter a higher amount than the current bid.
Maximum bids cannot be lowered once submitted.
Please enter a valid number.

Sponsored Results

**Saxophone Clearance Sales**
Premium Quality Saxophones On Sale Pick One While They Last!
www.soaap.com/music
- opens in a new window or tab

**Professional Alto Saxophone**
Best Professional Alto Saxophone Free Shipping, Case, & Mouthpiece
www.instrumentalsavings.com/Saxophones
- opens in a new window or tab

**Saxophone at Jazz Vermont**
Band Camp for Grownups Wail with like minded musicians
www.jazzcamp.com/
- opens in a new window or tab

**Alto Saxophone**
Professional alto saxophones. Buy from huge selection in stock
www.saxforte.com/
- opens in a new window or tab

**Blue Alto Saxophone Sale**
50% + off, start $339, free tuner, free & same day ship, students best
www.kkmusicstore.com/
- opens in a new window or tab



LIMITED-TIME OFFER!
GET SPECIAL FINANCING FOR 12 MONTHS
on all single item purchases of $200 or more with your eBay MasterCard®
APPLY NOW

Back to search results Return to top
About eBay | Community | Announcements | Security Center | Policies | Site Map | eBay official time | Preview new features | Contact us | Tell us what you think

Copyright © 1995-2012 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Uploads by ebay By ebay | 236 videos

Watch All

This message has been truncated

Show Full Message

Reply to srose43@yahoo.com

EX # b, ∇ # ∠

**WELLS FARGO**

For Return Mail Purposes Only
PO Box 5190
Sioux Falls SD 57117-5190

Double up on interest rate discounts



018839 1 AV 0.350 730944

JAMES K CASON
659 66TH ST
OAKLAND CA 94609-1003

PRESORTED
FIRST CLASS

US POSTAGE
$00.347
ZIP 85282
SEP 04 2012
000007
21 3003650

EXHIBIT B

Copy of defendant's reply to Letter of Intent, November 7, 2012.



CALIFORNIA
# Check Cashing
STORES

**BRIDGETTE C. ROMAN**
**SENIOR VICE PRESIDENT**
**& GENERAL COUNSEL**
DIRECT DIAL: 614-760-2682
EMAIL: broman@ccfi.com
FAX: 614-760-4057

November 7, 2012

Mr. James K. Cason
584 14th Street #65
Oakland, CA 94612

       **Re:   Your letter of October 25, 2012**

Dear Mr. Cason:

Your letter of October 25, 2012, was referred to me for a response. Before getting to the explanation of what occurred, let me start by telling you that we have researched your complaint, determined where the misstep occurred and wish to apologize for the inconvenience and frustration that you've obviously experienced. As an accommodation, Insight Card Services ("Insight"), the issuer of your pre-paid debit card, has offered to add $50.00 in value to your card and, assuming this resolution is satisfactory to you, California Check Cashing Stores LLC ("CCCS") will match that with an additional $50.00. We hope that in some measure this will offset the inconvenience and frustration that you experienced.

What seems to have occurred is that the information you received from CCCS's customer service representative was accurate when she advised you that the card was activated and ready for use. Between the time that the customer service representative told you that and when you went to use the card, Insight's internal systems determined that the card had been activated without proper identification validation. Thus, the card was originally activate and ready for use, but as a security precaution, until the proper identification verification was completed by Insight, the card could only be used for signature based transactions and not PIN transactions. When you came back to CCCS, frustrated by the experience, our customer service representative relayed to you what Insight required in terms of specific identification documentation. As CCCS is merely a vendor of Insight's card product, we cannot overrule Insight in regards to the type of identification required. We can only relay or carry out their instructions. We understand that you have had direct contact with Insight and that you have been using the card since October 20th without incident.

Incidentally, not knowing precisely what a Selmer Paris Alto Saxophone was, I went to Ebay to check it out. I searched completed auctions in October and only found one: an auction that ended on October 13, 2012, for a purchase price of $800.00, plus $20 for shipping. There were no auctions for a Selmer Paris Alto Saxophone that ended between October 18-20. If you go back to Ebay, there is a pending auction for a Selmer Paris Alto Saxophone at $285.00 that ends on November 29th. Hopefully, you will be successful in replacing your lost saxophone and that you will be satisfied with the resolution proposed herein.

                       Yours very truly,

                       Bridgette C. Roman

BCR/jm

EXHIBIT C

Plaintiff's reply to defendant's letter of November 7, 2012
w/Exhibits

**Oakland CA City Center**

| | |
|---|---|
| **From:** | James Cason [jameskcason@yahoo.com] |
| **Sent:** | Monday, November 19, 2012 10:50 AM |
| **To:** | usa5604@fedex.com |
| **Subject:** | cccs letter |

November 17, 2012

James K. Cason
584 14th St #605
Oakland, California 94612

Bridgette C. Roman, Senior Vice President,
& General Counsel
California Check Cashing Stores
7001 Post Road, Ste. 200
Dublin, Ohio 43016

RE: Your letter of November, 7, 2012

Dear Ms. Roman:

Thank you for your letter of explanation and apology for the inconvenience I suffered at the 5101 Telegraph Street store of CCCS. Also thank you for the $50.00 value added to my Insight Card; however, I feel I need to correct you on matters of fact and law in this situation.

I went to the aforementioned CCCS store in Oakland with the specific intention of obtaining a Insight Debit Card for the sole purpose of purchasing a *new* DC Pro yanni copy alto saxophone that was on sale to replace my beloved Selmer Paris Super Action 80 Series II alto saxophone that I had inadvertently left on a AC Transit bus on August 8, 2012. I was only intending to purchase an Insight Debit card and not a credit card.

I showed the clerk at the window my valid U.S. Passport and as consideration for *access* to the Insight Debit card and gave the clerk $750.00 in US currency. The CCCS clerk accepted the money, gave me a receipt and the Insight Debit Card and explained that the card was already activated but that I needed to call the number on the back of the card in order to secure a password so I could use the card. I then boarded an AC Transit but downtown to the African American Library and Museum which is a couple of blocks from my residence to use one of their computers so I could make my saxophone purchase
on EBay utilizing my new Insight Debit Card. On arrival at the Library I used my pay as you go cell phone to call the number to call the Insight Card customer relations line so I could secure a PIN number that was required to in order to use the Insight Card for purchases. I reached the Insight Card customer service line and was told, contrary to what the CCCS agent had told me that the card had not been activated and I was directed to remain on the line to speak to an agent. I remained on the line for approximately 30 minutes before I ran out of minutes on my cell phone. Frustrated, I logged on a computer, obtained a PIN number to the Insight Card web site then logged on to EBay to purchase the saxophone.

1

You know the rest of the story: EBay continually refused to accept the Insight Card for the purchase; I returned to the CCCS store where this sad saga began the next day; the CCCS clerk at the explain she had never been in a situation like this before, asked me what I wanted to do to resolve the situation and when I told her I wanted my back to I could give it to my friend who had agreed to make the purchase for on his EBay account if I brought him the $695.00 required to by the horn; the CCCS clerk instructed me to enter my PIN and when she found out that Insight Card had declined to provide me with a PIN because of some questions about my identification, steadfastly refused to return my money in the absence of me producing my Social Security Card.

It is my contention that CCCS clerk wrongly demanded additional identification from me before she would refund my money. The question of my identity was never in dispute at the CCCS in question. The clerk recognized me from the day before, Friday, October 19th
when she accepted my passport as proper identification in order for me *to get access to an Insight Card Debit Card*. My transaction with her on October 19 had established a valid contract with CCCS as vendor for *access* to the Insight Card Debit Card. The refusal of Insight to grant me a PIN is a wholly different issue. The CCCS clerk, therefore, should never have required me have a PIN in order to return my money. I didn't need a PIN to enter into a contract with CCCS the day before so I why would I be required to have one to get my money back. This point is buttressed by the fact that when attempted to put more money on the Insight Debit Card a couple days later at the 3276 Adeline Street, Berkeley location but was not allowed to do so because Insight Cards was still insisting that I provide additional identification to secure a PIN even though I had already secured a PIN without having to provide additional ID the day before. The clerk/manager at that location, after me telling her how this situation had developed, explained that CCCS employees are *trained* to return a customer's money if he/she is dissatisfied with Insight Card *even without a PIN*.

Clearly, CCCS breached its contract with me your refusal to return my money on October 20, 2010 so therefore, I intend to seek redress in court and in the court of public opinion.

Incidentally, I agree that you really don't know thing about Selmer Paris Alto Saxophones, but should you in your business. Let me quickly enlighten you.

Selmer Paris is a venerated saxophone brand in the manner of Mercedes-Benz and Porsche automobiles hat has been in making excellent high-end horns for over a hundred years. Like these two celebrated automakers, they offer many different models varying in price and quality. As I stated earlier in this letter model I lost, a Selmer Paris Super Action 80 Series II is one of the top models they sell and is highly respected by professional musicians all over the world for their quality and versatility. I bought my horn at Sam Ash music store in New York City. The purchase price was $4900 dollars including $400.00 extra for Paris factory applied black enamel and gold engraving. (see attached documents). It was beautiful horn that I miss everyday. The horn that I was attempting to purchase on EBay looks very similar to my Super Action 80 but is no way near the quality of it. But it was new as opposed to used and has factory warranty and return policy so if it wasn't suitable for my needs I could always return it the manufacturer. The problem in buying a used sax is that it like buying a used car only there is no Sax Fax to separate the wheat from the chaff. But now don't have either one of them. A Selmer Paris saxophone of any ilk advertised for sale for $295.00 or even $800.00 is highly suspect. It would have to be in terrible condition, having been stolen or submerged in a river or ocean. Not a good choice purchase. I chose to buy the *new* DC Pro copy because I can't afford a new or even a used Selmer Paris Super Action 80 Series II.

Thank you for your consideration in this matter.

Sincerely,

James K. Cason
347-323-7528c/jameskcason@yahoo.com

cc: Editor, Consumer Protection Bureau, Oakland Tribune, 1970 Broadway, Ste 100, Oakland, Ca. 94612

cc: Kamala D. Harris, California Attorney General, P.O. BOX 78393, San Francisco, CA 94107-8393

cc: Eric Holder, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

Hi! Sign in or register   Daily Deals   **GET 50,000** MEMBERSHIP REWARDS® POINTS

My eBay   Sell   Community   Customer Support   Cart

Browse by category

All Categories   🔍   Search   Advanced

Back to search results | Listed in category: Musical Instruments & Gear > Woodwind > Saxophone > Alto

**50% OFF**

**New DC PRO yanni copy Alto Saxophone Black + Gold w/Selmer sax kit List $2,940**

| Add to Watch list

Seller : **dominicsmusic**(3175 ⭐) m 100% Positive feedback

Save this seller | See other items | Visit store: Dominic's Music

Item condition: **New**

Quantity: 1      3 available

Was: US $1,088.00

You save: $994.00 (50%)      Sale ends in 4 days

Price: **US $994.00**      **Buy It Now**

*NEW   sale price*   Add to cart

Add to Watch list

*HORN I WANTED BUY*

■Bill MeLater **18 months financing available**
Subject to credit approval. See terms

Shipping: Calculate
Item location: **Salem, Massachusetts, United States**
Ships to: **Worldwide**

Delivery: Varies

Payments: **PayPal**, Bill Me Later | See details

Returns: 30 days money back or item exchange, buyer pays return shipping, 15% restocking fee may apply | Read details

Learn more

**$Have one to sell?** Sell it yourself

---

**Description** | **Shipping and payments**

Print | Report item

Item number: 310383324326

Seller assumes all responsibility for this listing.

Last updated on Oct 10, 2012 14:00:14 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | New DC PRO A-991B Alto Saxophone Black + Gold w/Se |
| Model: | New DC PRO A-991B Alto Saxophone Black + Gold w/Se | | |

**Dominic's Music**

Visit my eBay store

Search Store

SALE Items On Sale

Store Categories

Store home
SAXOPHONE
Alto Saxophones
Tenor Saxophones
Flutes
FLUTE
CLARINET
TRUMPET
VIOLINS
SELMER
GLENN EDWARD ALTO

Dc pro is my own brand that I designed myself and had made for me, with my specs..

I learned flute making while working for william s. Haynes flute company in boston.

They make flutes that start at $8,500.00

My job was to solder the tone holes on these flutes...

Which was a very critical job and had to be perfect to assure perfect intonation.

I was very fortunate to have first hand experience in flute making while working there.

So I decided to make my own flutes, saxophones, clarinets, trumpets, french horns and trombones.

## New DC PRO A-991B Alto Saxophone Black + Gold w/Selmer sax kit List $2,940 COPY OF PROFESSIONAL YANAGISAWA SAXOPHONE

**Teflon octave system**
Both ends of the octave key axis rotate in a receptacle that is coated with teflon to insure a smooth operation every time



**Rocking table mechanism**
The C# and Bb keys have a rocking table mechanism that allows for optimal speed and fluidity between these pitches



**Double connected table key**
Not only are the C# and Bb keys connected with the oscillating table mechanism, but the C# and B have also adopted this same motion



**F-auxiliary key mechanism**
Insures a proper seal of the pads when playing in the low range of the saxophone



**"Indented" white shell keys**
A player's fingers will rest comfortably in the indented white shell keys. The white shells also enhance the beauty of the instrument while also preventing the player's fingers from slipping during technical passages



**Ribbed construction**
Posts are connected to a single metal rib that is soldered to the body of the saxophone - this adds to the durability and longevity of the instrument



**Metal thumb rests**
Both thumb rests on the saxophone are metal to match with the style of the saxophone and the right hand thumb hook is adjustable so that the performer can customize the feel of their saxophone



**Pointed pivot screw**
The pivot screws that are used have a pointed end which facilitates an accurate center and precise action



**Air-tight waterproof pad**
The pads are completely air-tight which supports stability in playing and their life is extended



## Super Action 80 Serie II Alto

home
saxophones
accessories
about saxforte
contact
raving fans
purchase
FAQ
Legal Definitions
L.A. J.E. Jan 2005

*All text and
images on this
site copyright
saxforte (2003)*

**sax**forte

HENRi
SELMER
PARIS

Super Action 80 Serie II alto saxophones were released in 1986 and continue
to be produced today. They are available in the following finish and
engraving options:

| | Super Action 80 Serie II (Model 52) Finishes <br> Click on links for photos |
|---|---|
| | **Polished brass, Clear lacquered** <br><br> This is the traditional finish which protects the golden color from tarnishing. |
| | **Polished Brass, Clear Lacquered, Engraved** <br><br> Same as above WITH hand Engraved Bow and Bell |
| **Black Lacquered, Engraved** | **Black lacquered, Engraved** <br><br> This striking finish comes from black lacquer applied to the body while the keys and the interior of the bell are polished and clear lacquered. Engraving on the bell and bow exposes the golden color of the brass underneath. The whole body is then clear lacquered to protect the engraving from tarnishing. |
| **Brushed, Engraved, Clear lacquered (a.k.a Matte)** | **Brushed, Engraved, Clear lacquered** <br><br> a.k.a Matte. This subtle but elegant finish comes from the contrast between a brushed, not polished body and keys which are polished and clear lacquered. Bell and bow are fully engraved and the whole body is then clear lacquered to protect the engraving from tarnishing. |
| **Silver-plated, Engraved** | **Silver-plated, Engraved** <br><br> This gorgeous finish is stronger than lacquer and improves tonal brightness and power by virtue of eliminating the high frequency sound absorption of lacquer finishes. |

MY HOPE was LOST
that

Selmer (Paris) only produce one quality of saxophone, however, the Serie III offers several improvements for just a little more money. For this reason, I strongly recommend the Serie III alto sax.

## **Back to the**
## **Selmer (Paris) Alto Saxophone Page**

### **Available Saxophones**
Click here for a listing of Available Saxophones
in the USA

[home] [Eb Alto Selmer (Paris)] [Eb Alto Yanagisawa] [Eb Alto Keilwerth] [Eb Alto Rampone] [Eb Alto Yamaha]

**Super Action 80 Serie II Alto**

home
saxophones
accessories
about saxforte
contact
raving fans
purchase
FAQ
Legal Definitions
J.A. J.F. Jan 2005

*All text and
images on this
site copyright
saxforte (2003)*



Super Action 80 Serie II alto saxophones were released in 1986 and continue
to be produced today. They are available in the following finish and
engraving options:

| Super Action 80<br>Serie II<br>(Model 52)<br>Finishes<br>Click on links for photos | |
|---|---|
|  | **Polished brass,<br>Clear lacquered**<br><br>This is the traditional finish which protects the golden color from tarnishing. |
| | **Polished Brass,<br>Clear Lacquered, Engraved**<br><br>Same as above WITH hand Engraved Bow and Bell |
| **Black Lacquered,<br>Engraved** | **Black lacquered,<br>Engraved**<br><br>This striking finish comes from black lacquer applied to the body while the keys and the interior of the bell are polished and clear lacquered. Engraving on the bell and bow exposes the golden color of the brass underneath. The whole body is then clear lacquered to protect the engraving from tarnishing. |
| **Brushed, Engraved,<br>Clear lacquered (a.k.a<br>Matte)** | **Brushed, Engraved,<br>Clear lacquered**<br><br>a.k.a Matte. This subtle but elegant finish comes from the contrast between a brushed, not polished body and keys which are polished and clear lacquered. Bell and bow are fully engraved and the whole body is then clear lacquered to protect the engraving from tarnishing. |
| **Silver-plated,<br>Engraved** | **Silver-plated,<br>Engraved**<br><br>This gorgeous finish is stronger than lacquer and improves tonal brightness and power by virtue of eliminating the high frequency sound absorption of lacquer finishes. |

Selmer (Paris) only produce one quality of saxophone, however, the Serie III offers several improvements for just a little more money. For this reason, I strongly recommend the Serie III alto sax.

## Back to the
## Selmer (Paris) Alto Saxophone Page

### Available Saxophones
Click here for a listing of Available Saxophones
in the USA

[home] [Eb Alto Selmer (Paris)] [Eb Alto Yanagisawa] [Eb Alto Keilwerth] [Eb Alto Rampone] [Eb Alto Yamaha]

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

90570

Sponsored Results

**Professional Alto Saxophone**
Best **Professional Alto Saxophone** Free Shipping, Case, & Mouthpiece
www.instrumentalsavings.com/Saxophones

**Saxophone Clearance Sales**
Premium Quality **Saxophones** On Sale Pick One While They Last!
www.soaap.com/music

**Alto Saxophone**
**Professional alto saxophones**. Buy from huge selection in stock
www.saxforte.com/

**Blue Alto Saxophone Sale**
50% + off, start $339, free tuner, free & same day ship, students best
www.kkmusicstore.com/

**Alto Gold Saxophone**
Get **Alto Gold Saxophone**. Over 500,000 Items Ship Free with $50 Purchase.
www.target.com/

## ebay LIMITED-TIME OFFER!

Get $30 back as a statement credit on
any purchase made with your eBay MasterCard®
Offer valid through January 31, 2013    APPLY NOW

Back to search results                                          Return to top

About eBay  | Community  | Announcements  | Security Center  | Policies  | Site Map  | eBay official time  | Preview new features  | Contact us  | Tell us what you think

Copyright © 1995-2012 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register    Daily Deals    GET 50,000
MEMBERSHIP REWARDS® POINTS

My eBay    Sell    Community    Customer Support    Cart

Browse by
category

All Categories    ▾    Search    Advanced

Back to search results   |  Listed in category:   Musical Instruments & Gear  >  Woodwind  >  Saxophone  >  Alto



...phone - SUPERB SA Series 2 Sax!

| Add to Watch list

**Seller information**
801proshop(260 ⭐ )  me
100% Positive feedback

Save this seller
See other items

Click to view larger image and other views

$Have one to sell? Sell it yourself

slate
from CHASE ◯
AdChoice ▷

**Description** | **Shipping and payments**

Print  |  Report item

Item number:  251182237848

Seller assumes all responsibility for this listing.

Last updated on  Nov 12, 2012 16:55:25 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | Selmer |
| Skill Level: | Professional | Model: | Super Action 80 Serie II |
| Country of Manufacture: | France | | |

↓↓ see HD VIDEO DEMO and 31 PHOTOS below ↓↓

**Genuine Selmer Paris Super Action 80 Series II alto sax. A fantastic playing horn (as you can see in the video) with some normal wear from playing (see pictures).**

**Freshly tuned up on November 10, 2012.**

**Comes with:**

- Original neck
- Almost new Protec case
- Mouthpiece
- Ligature
- Mouthpiece cap
- Reed
- Rico neck strap
- Cork Grease
- End plug

click here for 1080P HD Video Demo



click here for 51 Hi Res Pictures



**We'll be happy to answer any questions you have. We work hard to create 100% satisfied customers, and you can see from our feeback!**

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

Sponsored Results

**Selmer Paris Sax For Sale**
Save Big on All **Selmer Saxophone** Free Shipping, Case, & Mouthpiece
www.instrumentalsavings.com/Saxophones

**Selmer Saxophones**
Professional **saxophones** only. saxforte . We play. We understand.
www.saxforte.com/

**Saxophone Clearance Sales**
Premium Quality **Saxophones** On Sale Pick One While They Last!
www.soaap.com/music

**MULTACOM**
2(N+1) Data Center, 100% Uptime 24/7 Support, Dedicated and Colo
www.multacom.com/

**Selmer Alto Saxophone**
Search for **Selmer Alto Saxophone** Look Up Fast Results now!
www.ask.com/Selmer+Alto+Saxophone

## eb y LIMITED-TIME OFFER!

Get $30 back as a statement credit on
any purchase made with your eBay MasterCard®
Offer valid through January 31, 2012    Apply now

Back to search results                                                    Return to top

About eBay  | Community  | Announcements  | Security Center  | Policies  | Site Map  | eBay official time  | Preview new features  | Contact us  | Tell us what you think

Copyright © 1995-2012 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Case 3:13-cv-03388-JCS   Document 1   Filed 07/19/13   Page 50 of 66

Back to search results   | Listed in category:  Musical Instruments & Gear > Woodwind > Saxophone > Alto



Click to view larger image

**$Have one to sell?** Sell it yourself

USED



IES II ALTO SAXOPHONE c.2002

|Add to Watch list

**Seller information**
wichitaband(4098 ⭐ )
100% Positive feedback

Save this seller
See other items

Visit store:    Wichita Band Instr...



**TransUnion.**
AdChoice

---

**Description** | **Shipping and payments**                                          Print  |  Report item

Item number:  261129008151

Seller assumes all responsibility for this listing.

Last updated on  Nov 16, 2012 12:35:16 PST  View all revisions

**Item specifics**

Condition:    Seller refurbished: An item that has been restored to working order
              by the eBay seller or a third party not approved by ... Read more

**WICHITA BAND INSTRUMENT COMPANY 2525 East Douglas Avenue Wichita, KS 67211 Telephone (316) 684-0291 FAX (316) 684-6858**

**SUPERB SELMER (PARIS) SUPER ACTION 80 SERIES II ALTO SAX, MADE IN FRANCE IN 2002.**

Superb original example that has 99.99% original lacquer finish, good engraving to the bell, never dented or dinged and with "like new" original case.

Looks like a new one, but a lot less expensive!

This one gets our top recommendation!

Price includes original Selmer-Paris C-star ebonite mouthpiece.

New suggested retail price is now $7750.

This one's less than half the price. Our two-year service warranty is included.

**$3375.**

NOTE: Please see more photos linked at bottom of listing!

Also, please note that the eBay shipping calculator is an estimate only. Please contact us for a more accurate quote if you believe the shipping calculator has overcharged you. Thank you!

**************************************************************************************************

Wichita Band Instrument Company is a small musical instrument emporium located in the center of the USA. We've been in business since 1953 and have had the same owner since 1963. Originally we were a repair shop that specialized in woodwind and sax restoration. Today we have 18

Case 3:13-cv-03388-JCS   Document 1   Filed 07/19/13   Page 51 of 66

**Questions and answers about this item**

No questions or answers have been posted about this item

Ask a question

Sponsored Results

**Selmer Alto Saxophones**
Professional **saxophones** only. saxforte . We play. We understand.
www.saxforte.com/

**Selmer Paris Sax For Sale**
Save Big on All **Selmer Saxophone** Free Shipping, Case, & Mouthpiece
www.instrumentalsavings.com/Saxophones

**MULTACOM**
2(N+1) Data Center, 100% Uptime 24/7 Support, Dedicated and Colo
www.multacom.com/

**Saxophone Clearance Sales**
Premium Quality **Saxophones** On Sale Pick One While They Last!
www.soaap.com/music

**C&L Your Only Music Store**
Sell/Buy/Repair New instrument Guitar, Sheet Music, Music Lessons
www.calmusicinc.com/

**eb y** LIMITED-TIME OFFER!
Get $30 back as a statement credit on
any purchase made with your eBay MasterCard®
Offer is valid through January 31, 2013.    **APPLY NOW**

Back to search results                                                    Return to top

About eBay   | Community   | Announcements   | Security Center   | Policies   | Site Map   | eBay official time   | Preview new features   | Contact us   | Tell us what you think

Copyright © 1995-2012 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Hi! Sign in or register    Daily Deals    GET **50,000** MEMBERSHIP REWARDS® POINTS    My eBay    Sell    Community    Customer Support    Cart

All Categories    Search    Advanced

Back to search results |

xophone > Alto

**a Alto Saxophone A-99**

| Add to Watch list

500(70 ⭐) 100% Positive fee

See other items

ition: **Used**

e left: 5d 18h (Nov 22, 2012 09:47)

story: 1 offer

Price: **US $2,750.00**          **Buy It Now**

Offer:

Add to Watch list

Bill Me Later **18 months financing available**
Subject to credit approval. See terms

Shipping:  **FREE** Standard Shipping | See details
Item location: **New Holland, PA, United States**
Ships to: **United States** See exclusions

Delivery:  Estimated between **Fri. Nov. 23** and **Thu. Nov. 29**

Payments:  **PayPal**, Bill Me Later | See details

Returns:  14 days money back, buyer pays return shipping | Read details

@ Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

Learn more

| **Description** | **Shipping and payments** |                              Print | Report item

Item number: 110976069976

Seller assumes all responsibility for this listing.

| **Item specifics** | | |
|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | Yanagisawa |
| Model: | A-991B | | |

Whether you are looking for a professional quality saxophone for gigs, or shopping for a great Christmas present for your musical high school or college student, this is the instrument for you! This saxophone sells new for $4209 but you can get this one for $2750 plus you get a C* mouthpiece (we paid $94.50 for it), neck strap, case, swab, cleaning cloth, key oil, and reeds. Don't make the mistake of buying a cheap instrument for a beginning student. We did that and had so many problems I'm surprised my daughter didn't just give up. Especially be careful to get a good mouthpiece. I do want to let you know that although this is a beautiful instrument it IS used and you will see some small scratches (see picture7). Also the mouthpiece has a bite mark on it. BUT it is still a GREAT buy and has the most beautiful tone and is lovely to look at. Try it for yourself- if you don't like it for any reason, send it back within 14 days and I will give you your money back. All you risk is the cost of shipping it back. My daughter played this for 6 years, then got too busy at college to keep playing. When I asked her if I should sell it, she said, "Well I know I'll probably never play it, but it's so pretty!"

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00037

Sponsored Results

**Yanagisawa Saxophones**
Professional **saxophones** only. saxforte . We play. We understand.
www.saxforte.com/

**Saxophone Clearance Sales**
Premium Quality **Saxophones** On Sale Pick One While They Last!
www.soaap com/music

**Yanagisawa Saxophone Sale**
Big Blowout On **Yanagisawa Saxophone** Free Shipping, Case, & Mouthpiece!
www.instrumentalsavings.com/Saxophones

**C&L Your Only Music Store**
Sell/Buy/Repair New instrument Guitar,Sheet Music, Music Lessons
www.calmusicinc.com/

**Vintage/Used Saxophones**
Large Selection, 10 Day Trial Expert Service, Worldwide Shipping
www.junkdude.com/

## ebay LIMITED-TIME OFFER!

Get $30 back as a statement credit on
any purchase made with your eBay MasterCard®
Offer valid through January 31, 2013    APPLY NOW

Back to search results

Return to top

About eBay  | Community  | Announcements  | Security Center  | Policies  | Site Map  | eBay official time  | Preview new features  | Contact us  | Tell us what you think

Copyright © 1995-2012 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Case 3:13-cv-03388-JCS   Document 1   Filed 07/19/13   Page 54 of 66

Hi! Sign in or register    Daily Deals    🛒 GET **50,000**                My eBay    Sell    Community    Customer Support    Cart
                                          MEMBERSHIP REWARDS® POINTS

Browse by                                                                  All Categories    [▾]    Search    Advanced
category

🛒 Back to search results  |  Listed in category:  Musical Instruments & Gear > Woodwind > Saxophone > Alto



| Add to Watch list

**Seller information**
elmo6500(70 ⭐ )
100% Positive feedback

Save this seller
See other items

🔍 Click to view larger image and other views

$Have one to sell? Sell it yourself

29.3

| Read

AdChoice▣

EXHIBIT D

Message from Better Business Bureau of Central Ohio regarding plaintiff's complaint submitted to them on January 22, 2013.



Better Business Bureau
Serving 21 Counties in Central Ohio
1169 Dublin Rd.
Columbus, OH 43215
ph. 614.486.6336
fx. 614.486.6631
www.bbb.org / info@columbus-ohbbb.org

Thursday, January 24, 2013

James Cason
584 14th St, #605
Oakland , CA, 94612

Dear James Cason :

This message is in regard to your complaint submitted on 1/22/2013 12:00:00 AM against Cash1. Your complaint was assigned ID 9390300.

Thank you for contacting your BBB. Your complaint has been sent to the business for their response. Once they respond, we will contact you. In the meantime, if the complaint resolves, please let us know.

*The text of your complaint may be publicly posted on the BBB web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information in describing the nature of your complaint. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.*

Regards,

disputeresolution@columbus-ohbbb.org

BBB Complaint ID: 9390300 (8410726)

EXHIBIT E

Defendant's January 30, 2013  reply to Better Business Bureau of
Central Ohio's response to plaintiff's complaint of January 22,
2013.

EXHIBIT E



**BRIDGETTE C. ROMAN**
**SENIOR VICE PRESIDENT**
**& GENERAL COUNSEL**
DIRECT DIAL: 614-760-2682
EMAIL: broman@ccfi.com
FAX: 614-760-4057

January 30, 2012

Mr. Richard Appleton
BBB of Central Ohio, Inc.
1169 Dublin Road
Columbus, OH 43215

    **Re:**  ***Complaint ID 9390300 – Mr. James Cason***

Dear Mr. Appleton,

This letter responds to your correspondence of January 23, 2013, regarding the above-referenced matter. We appreciate the role of the BBB in resolving consumer complaints.

To provide an overview, California Check Cashing Stores, LLC ("CCCS") is an agent of Insight Card Services ("Insight") and, as an agent, is authorized to distribute Insight's stored value cards and to accept cash to load on to those cards. It is important to note that although CCCS distributed the Insight card to Mr. Cason, CCCS is not the issuer of the card. CCCS is merely an agent for the card program manager, Insight. Insight Cardholders may directly load funds onto the Insight card by remitting funds to any authorized Insight agent (of which CCCS is one).

After having had the opportunity to research Mr. Cason's complaint, we would like to again apologize to Mr. Cason for the inconvenience and frustration that he experienced as a result of this situation. We have previously, but unsuccessfully, tried to resolve Mr. Cason's concerns directly with him. Mr. Cason provided to your office, as part of his complaint letter, a copy of our original response to him dated November 7, 2012.

As explained to Mr. Cason, what seems to have occurred when obtaining his Insight card is that information he received from CCCS's customer service representative was accurate when he was advised that the card was activated and ready for use. Between the time that Mr. Cason received the card, having been advised that it was activated, and when he went to use the card, Insight's internal systems determined that the card had been activated without proper identification validation. Thus, as a security precaution and until the proper identification verification was completed by Insight, the card could only be used for signature based transaction and not PIN transactions.

When Mr. Cason was unable to use the Insight card to make his on-line purchase, he returned to the CCCS retail store for further assistance. Although Mr. Cason's frustration was evident, a CCCS customer service agent relayed to him what Insight required in terms of specific identification documentation. As CCCS is merely a distributor of the Insight Card, we cannot overrule Insight in regards to the type of identification Insight requires. CCCS can only relay or carry out the instructions given by Insight. Our understanding is that Mr. Cason had direct contact with Insight and that he had the ability to use the card as of October 20, 2012, without incident.

Mr. Richard Appleton
Page 2
January 30, 2013

In CCCS's original response to Mr. Cason dated November 7, 2012, a copy of which Mr. Cason included with his complaint to your office, he was advised that, as an accommodation to him , Insight offered to add $50.00 in additional funds to his card. As an additional gesture of customer service, CCCS matched that offer with an additional $50.00. It was our hope that these offers would, in some way, offset and inconvenience and frustration that Mr. Cason experienced. Unfortunately, that was not the case and when it was requested of Mr. Cason what specifically he was seeking to resolve the situation, he made a demand of $10,000.00 to compensate him for his loss, for pain and suffering, and for emotional distress he alleged to have experienced as a result of his experience with CCCS.

CCCS explained to Mr. Cason that such a demand was unreasonable, as he had fully received the value that he deposited on the Insight card, plus the additional sum ($100.00) that he was given as a customer satisfaction courtesy. In response, Mr. Cason indicated he had no alternative but to pursue his complaint in a court of law.

We regret Mr. Cason's experience and apologize for the inconvenience and frustration that this situation has caused him. It is never our intention to inconvenience our customers. In addition, it was our hope that, between the offer made by Insight, and the additional offer made by CCCS (totaling a $100.00 benefit to Mr. Cason) would resolve this matter. Unfortunately, that does not appear to be the case; however, Ms. Cason's additional demands have been unreasonable and he has been advised of his further options should he wish to pursue this matter through the process outlined in the Insight Cardholder Agreement.

Should you have any questions, please feel free to contact me.

Yours very truly,

Bridgette C. Roman

BCR/jm

**7001 Post Road, Suite 200 / Dublin, Ohio 43016**
**Main Line: (614) 798-5900 / Fax Line: (614) 798-5921**

EXHIBIT F

Better Business Bureau of Central Hoio's message to plaintiff
regarding the defendant's reply to their response to plaintiff's
complaint of January 22, 2013/w defendant's reply.

EXHIBIT F



Better Business Bureau
Serving 21 Counties in Central Ohio
1169 Dublin Rd.
Columbus, OH 43215
ph. 614.486.6336
fx. 614.486.6631
www.bbb.org / info@columbus-ohbbb.org

Thursday, January 31, 2013

James Cason
584 14th St, #605
Oakland , CA, 94612

Dear James Cason :

This message is in regard to your complaint submitted on 1/22/2013 12:00:00 AM against Cash1.  Your complaint was assigned ID 9390300.

The business sent BBB a message regarding this complaint, and we are passing it on to you. The contents of this message are below or attached.

If you need our further assistance, **please respond within 10 days.** Be sure to include any documentation which supports your position. Should we not receive your response, the complaint will close resolved. All responses are shared with the company.

Regards,

Lee Anne Lanigan
disputeresolution@columbus-ohbbb.org

**MESSAGE FROM BUSINESS:**

January 30, 2012

Mr. Richard Appleton
BBB of Central Ohio, Inc.
1169 Dublin Road
Columbus, OH 43215

### Re:     *Complaint ID 9390300 – Mr. James Cason*

Dear Mr. Appleton,

This letter responds to your correspondence of January 23, 2013, regarding the above-referenced matter. We appreciate the role of the BBB in resolving consumer complaints.

To provide an overview, California Check Cashing Stores, LLC ("CCCS") is an agent of Insight Card Services ("Insight") and, as an agent, is authorized to distribute Insight's stored value cards and to accept cash to load on to those cards.  It is important to note that although CCCS distributed the Insight card to Mr. Cason, CCCS is not the issuer of the card.  CCCS is merely an agent for the card program manager, Insight.  Insight Cardholders may directly load funds onto the Insight card by remitting funds to any authorized Insight agent (of which CCCS is one).

After having had the opportunity to research Mr. Cason's complaint, we would like to again apologize to Mr. Cason for the inconvenience and frustration that he experienced as a result of this situation.  We have previously, but unsuccessfully, tried to resolve Mr. Cason's concerns directly with him. Mr. Cason provided to your office, as part of his complaint letter, a copy of our original response to him dated November 7, 2012.

As explained to Mr. Cason, what seems to have occurred when obtaining his Insight card is that information he received from CCCS's customer service representative was accurate when he was advised that the card

BBB Complaint ID: 9390300 (8465411)

was activated and ready for use.  Between the time that Mr. Cason received the card, having been advised that it was activated, and when he went to use the card, Insight's internal systems determined that the card had been activated without proper identification validation.  Thus, as a security precaution and until the proper identification verification was completed by Insight, the card could only be used for signature based transaction and not PIN transactions.

When Mr. Cason was unable to use the Insight card to make his on-line purchase, he returned to the CCCS retail store for further assistance.  Although Mr. Cason's frustration was evident, a CCCS customer service agent relayed to him what Insight required in terms of specific identification documentation.  As CCCS is merely a distributor of the Insight Card, we cannot overrule Insight in regards to the type of identification Insight requires.  CCCS can only relay or carry out the instructions given by Insight.  Our understanding is that Mr. Cason had direct contact with Insight and that he had the ability to use the card as of October 20, 2012, without incident.

In CCCS's original response to Mr. Cason dated November 7, 2012, a copy of which Mr. Cason included with his complaint to your office, he was advised that, as an accommodation to him , Insight offered to add $50.00 in additional funds to his card.  As an additional gesture of customer service, CCCS matched that offer with an additional $50.00.  It was our hope that these offers would, in some way, offset and inconvenience and frustration that Mr. Cason experienced.  Unfortunately, that was not the case and when it was requested of Mr. Cason what specifically he was seeking to resolve the situation, he made a demand of $10,000.00 to compensate him for his loss, for pain and suffering, and for emotional distress he alleged to have experienced as a result of his experience with CCCS.

CCCS explained to Mr. Cason that such a demand was unreasonable, as he had fully received the value that he deposited on the Insight card, plus the additional sum ($100.00) that he was given as a customer satisfaction courtesy.  In response, Mr. Cason indicated he had no alternative but to pursue his complaint in a court of law.

We regret Mr. Cason's experience and apologize for the inconvenience and frustration that this situation has caused him.  It is never our intention to inconvenience our customers.  In addition, it was our hope that, between the offer made by Insight, and the additional offer made by CCCS (totaling a $100.00 benefit to Mr. Cason) would resolve this matter.  Unfortunately, that does not appear to be the case; however, Ms. Cason's additional demands have been unreasonable and he has been advised of his further options should he wish to pursue this matter through the process outlined in the Insight Cardholder Agreement.

Should you have any questions, please feel free to contact me.

Yours very truly,

Bridgette C. Roman

BCR/jm

BBB Complaint ID: 9390300 (8465411)

EXHIBIT G

Plaintiff's reply to Better Business Bureau of Central Ohio and
defendant regarding defendant's reply to the January 30, 2013
message to plaintiff.

**Subject:** Complaint ID 9390300 –Mr. James Cason

**From:** James Cason (jameskcason@yahoo.com)

**To:** broman@ccfi.com; disputeresolution@colombus–ohbbb.org;

**Date:** Monday, February 11, 2013 3:11 PM

February 10, 2012

Dear Ms. Roman:

I am in receipt of a copy of a rather flaccid, florid reply that you sent to the BBB of Central Ohio regarding their inquiry about my contretemps with CCCS.

You offered nothing legally sufficient in your continued denial of any culpability in my loss; you only try to defend your position by stating that my "demand" for $10,000 dollars after months of stalling and obfuscation from you was "unreasonable". My guess is that the BBB found your replay as amusing as I did because I had already submitted a copy of your letter of November 7, 2012 stating the same things, along with my Letter of Intent dated October 25, 2012.

Ms. Roman, of course you would think $10,000 settlement unreasonable when compared with you offer of $100.00. Ten thousand dollars is what, 1 (one) percent of ten million dollars. When I submit as evidence, copies of your "email negotiations", I wonder if a judge, jury, and your target demographic of "those hard working people of color" featured in your recent televised CCCS Tax Preparation commercials would agree.

Ms. Roman, your continued assertion that I have no cause of action against CCCS flies in the face of all legal logic. In the last four months dealing with your company has been both the actual and the proximate cause of : My humiliation and vilificatio9n at the hands of your agent; Being coerced into credit card contract I don't want; The inability to purchase the DC Pro Alto Saxophone that was on sale for over half price and the sole reason for reason for me entering into a contact to get access to an InsightCards Debit Card; Severe emotional stress which has resulted in insomnia, loss of appetite, hives, inter alia.

Let's assume, arguendo, that I am in the market for a new bicycle. I plan to go to a reputable cycle shop such as The Missing Link in Berkeley but as I pass by Sears in downtown Oakland , I notice a sign in the window announcing a big sale on bicycles so I decide to go in and take a look at what Sears has to offer. I go into the store, proceed to the bicycle sales department, look around and see a black Schwinn 15 speed all-terrain bike priced at $300.00 that is not on sale. The bike is just what I'm looking for and right in my price range. I summon a sales clerk, pay him the $300.00, get my receipt, and walk out the door with my new bike. However, after mounting the bike and riding one block, the frame of the new bike brakes through no fault of my own. Cussing loudly, I pick the bike up, put it on my shoulder, and return to the Sears bike department.

I approach the same clerk I purchased the bike from, explain what happened, hand him my receipt, and ask for my money back having made up my mind to go to the Missing Link Bike Shop in Berkeley because the Schwinn bike I bought at sears proved unsuitable and I no longer felt comfortable purchasing a bike from Sears.

The Sears sales clerk, however, told me that he couldn't return my money because he was merely and agent for Sears and, as such, was not contractually obligated to return my money because the bike broke. He explained that he could, however, send to the Schwinn factory for a new bike to replace the one that broke but it would take a couple of weeks. Or, he could let me have a red Huffy 10 speed bike for the same price. Sound familiar?

What then, Ms. Roman, are my options in this case? (1) Take the red Huffy 10 speed for the same price as the broken Schwinn? (2) Wait 2 weeks for the replacement Schwinn 15 speed (3) Get my money refunded so I can go purchase a bike at Missing Link? According to your convoluted logic Ms., my only option would be to take the red Huffy 10 speed that was being offered. Really Ms. Roman? Really?

Good Day, Ms. Roman.

James K. Cason
(347)323-7528c/jameskcason@yahoo.com

## ADDENDUM

May it please the Court, I, James K. Cason, the plaintiff in
this matter, have in mypossession, copies of over thirty (30)
emails exchanged between California Check Cashing Stores Vice
President and General Counsel, Bridgette Roman and I between
November 2012 and April 2013. The emails represent my attempt
at coming to a reasonable settlement in this matter. The emails
are available at the convience of the Court.