UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. CASON,<br>　　　　Plaintiff.<br>　　v.<br>CALIFORNIA CHECK CASHING STORES,<br>　　　　Defendant. | Case No. 13-cv-03388-JCS<br><br>**JUDGMENT**<br>Re: Dkt. No. 9 |

　　This action came before the Court, Magistrate Judge Joseph C. Spero presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

　　IT IS HEREBY ORDERED AND ADJUDGED that in accordance with the Court's Order of October 11, 2013, Plaintiff's complaint is dismissed with prejudice.

　　IT IS SO ORDERED.

Dated: December 3, 2013

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge